Date signed November 26, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Victor Lopez, | * | Case No.   07-14143PM |
| | * | Chapter   13 |
| | * | |
| | * | |
| Debtor(s) | * | |

### **MEMORANDUM**

The court notes the Motion and the Response thereto, and finds no opposition to the inclusion of this claim in the Debtor's plan.

cc:  Counsel for Debtor
     Debtor
     Trustee
     All Creditors

**End of Memorandum**